IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
LUIS RAMOS DURAN,                    )
                                     )    2:10-cv-03301-GEB-GGH
              Plaintiff,             )
                                     )
     v.                              )    ORDER
                                     )
SACRAMENTO COUNTY SHERIFF JOHN       )
McGINNESS (in his individual and     )
official capacity); SACRAMENTO       )
COUNTY SHERIFF SCOTT JONES (in       )
his official capacity);              )
SACRAMENTO COUNTY; and               )
SACRAMENTO COUNTY SHERIFF'S          )
DEPUTIES DOES 1 THROUGH 50 (in       )
their individual and official        )
capacities),                         )
                                     )
              Defendants.            )
_____     )
```

Plaintiff filed a First Amended Complaint on May 6, 2011. (ECF No. 15.) However, since Plaintiff did not have leave of court to amend its complaint, the First Amended Complaint filed on May 6, 2011 is stricken.

Dated: May 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge