IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMOS DURAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF JOHN McGINNESS (in his individual and official capacity); SACRAMENTO COUNTY SHERIFF SCOTT JONES (in his official capacity); SACRAMENTO COUNTY; and SACRAMENTO COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50 (in their individual and official capacities),<br><br>        Defendants.<br>_____ | 2:10-cv-03301-GEB-GGH<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Defendants filed a "Notice of Settlement" on June 28, 2011, in which they state: "the parties to this action have reached a settlement, subject to the approval of the Sacramento County Board of Supervisors[;] Upon approval of the terms of the settlement by the Sacramento County Board of Supervisors, the parties will execute the appropriate settlement documents and file a dismissal with the Court." (ECF No. 17,

        Therefore, a dispositional document shall be filed no later than July 19, 2011. See E.D. Cal. R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.") Failure to respond by

1  this deadline may be construed as consent to dismissal of this action
2  without prejudice, and a dismissal order could be filed. Id.
3        IT IS SO ORDERED.
4  Dated:  July 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge